

Lerner David Littenberg
Krumholz & Mentlik LLP
20 Commerce Drive
Cranford, NJ 07016
908 654 5000 main
lernerdavid.com

**Aaron S. Eckenthal**
908.518.6370
aeckenthal@lernerdavid.com

August 25, 2020

**Document Filed Electronically**

The Honorable Michael A. Shipp, U.S.D.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

      Re:    REDDY 6.0-027
              *Bristol-Myers v. Dr. Reddy's*
              Civil Action No. 19-18686-MAS-TJB

Dear Judge Shipp:

      Our firm, together with Goodwin Procter LLP, represents Defendants Dr. Reddy's Laboratories Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "DRL") in the above-referenced action. It has come to our attention that Exhibit A to DRL's Opening Claim Construction Brief (ECF No. 59) was filed with a page (DRL_DASA00039442), cited at page 4 of DRL's brief, inadvertently missing. DRL had already produced this page to Plaintiff Bristol-Myers Squibb Company during the parties' exchange of contentions. Nevertheless, to correct this inadvertent omission and to submit a full record for the Court, the complete Revised Exhibit A, which includes for context the full section of the text in which the missing page appears, and an accompanying declaration in support have been re-filed.

      In addition, we discovered a typo in a citation to Exhibit E in footnote 8 of DRL's Opening Claim Construction Brief. The citation should be to paragraph 6 of Exhibit E, rather than to paragraph 32. A corrected version of DRL's Opening Claim Construction Brief accompanies this filing to correct this error, but the brief is otherwise unchanged.

      We thank the Court for its consideration and assistance with this matter.

                                    Respectfully submitted,

                                    LERNER, DAVID, LITTENBERG,
                                     KRUMHOLZ & MENTLIK, LLP
                                  *Attorneys for Defendants Dr. Reddy's*
                                  *Laboratories S.A. and Dr. Reddy's*
                                  *Laboratories, Inc.*

                                  By:    s/ Aaron S. Eckenthal
                                         Aaron S. Eckenthal

ASE/dg
Attachment
cc:    All Counsel of Record (via ECF and electronic mail)

6521626_1.docx