## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRISTOL-MYERS SQUIBB COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, LTD., and DR. REDDY'S LABORATIORIES, INC.,<br><br>Defendants. | Civil Action No. 19-18686 (MAS) (TJB)<br><br>**ORDER** |

This matter comes before the Court upon Plaintiff Bristol-Myers Squibb Co.'s ("Plaintiff") Letter Motion to Strike Defendants Dr. Reddy's Laboratories, Ltd., and Dr. Reddy's Laboratories, Inc.'s (collectively, "Defendants") proposed claim construction including the word "characteristic." (ECF No. 80.) Defendants filed correspondence opposing the Letter Motion (ECF No. 81), and Plaintiff replied (ECF No. 85). The Court has carefully considered the parties' submissions and heard oral argument on April 13, 2021. (ECF No. 102.) For the reasons set forth in the accompanying Memorandum Opinion, and good cause shown,

**IT IS** on the 6th day of May 2021, **ORDERED** that:

1. Plaintiff's Motion to Strike Defendants' proposed claim construction including the term "characteristic" is granted.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**